AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Eastern District of Texas, Tyler Division___ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:15-cv-849 | DATE FILED<br>9/11/2015 | U.S. DISTRICT COURT<br>for the Eastern District of Texas, Tyler Division |
|---|---|---|
| PLAINTIFF<br><br>TRANSDATA, INC. | | DEFENDANT<br><br>ITRON, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,181,294 | 1/30/2001 | TRANSDATA, INC. |
| 2  6,462,713 | 10/8/2002 | TRANSDATA, INC. |
| 3  6,903,699 | 6/7/2005 | TRANSDATA, INC. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| All claims by TransData, Inc. againstDefendant Itron, Inc. are dismissed with prejudice and all of Itron's declaratory judgment counterclaims against TransData are dismissed as moot. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the Party incurring same. |

| CLERK<br>David A O'Toole | (BY) DEPUTY CLERK<br>Michael Lantz | DATE<br>07/25/2016 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy